# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2016

153242

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHAWN KRISTI DICKEN,
      Defendant-Appellant.

SC: 153242
COA: 322998
Midland CC: 13-005531-FH

_____/

On order of the Court, the application for leave to appeal the January 12, 2016 judgment of the Court of Appeals is considered, and it appearing to this Court that the cases of *People v Steanhouse* (Docket No. 152849) and *People v Masroor* (Docket Nos. 152946-8) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2016



Clerk

a0922